United States District Court
Southern District of Texas
**ENTERED**
December 14, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAGISTRATE NO. 2:18-MJ-5489-2 |
| | § | |
| FABIOLA RUBI DOMINGUEZ- | § | |
| BETANCOURT | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the Defendant pending trial in this case:

(1)     There are no conditions or combination of conditions that would reasonably secure the presence of the Defendant; and

(2)     There are no conditions or combination of conditions that will reasonably assure the safety of the community.

The evidence against the Defendant meets the probable cause standard. The findings and conclusions contained in the Pretrial Services Report are adopted. This order will be entered without prejudice to the Defendant's right to re-open the issue of detention if she can produce a third-party custodian, a cash deposit or co-surety, and a suitable residence.

The Defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending

appeal.    The  Defendant  shall  be  afforded  a  reasonable  opportunity  for  private

consultation with defense counsel.  On order of a court of the United States or on request

of an attorney for the Government, the person in charge of the corrections facility shall

deliver the Defendant to the United States Marshal for the purpose of an appearance in

connection with a court proceeding.

ORDERED this 13th day of December, 2018.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE